**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| MICHAEL HENRY UPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:16-cv-442 |
| | ) | |
| THE CBE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**ORDER**</u>

The parties have filed a Joint Stipulation of Dismissal, stipulating to dismissal of the plaintiff's claims against the defendant without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (DE 20.)

Accordingly, the plaintiff's claims against the CBE Group, Inc. are **DISMISSED WITHOUT PREJUDICE**, with the parties to pay their own costs and fees.

**SO ORDERED.**

ENTERED: April 18, 2017.

s/ Philip P. Simon
JUDGE, UNITED STATES DISTRICT COURT